UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL TROY MOORE, MICHAEL ALFORD MOORE, and LONDON TROY MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, GOVERNOR STEVE SISOLAK, NEVADA DEPARTMENT OF EMPLOYMENT, TRAINING AND REHABILITATION,<br><br>Defendants. | Case No. 2:20-cv-01922-JAD-EJY<br><br>**ORDER** |

Before the Court is the Motion for Plaintiffs to Have Access to View and File Motions Electronically (ECF No. 6). Plaintiffs request access to view all court records and permission to file electronically. The Court will allow Plaintiffs to file future documents electronically only after each Plaintiff demonstrates a basic understanding and familiarity with the Court's CM/ECF filing system.

Accordingly, IT IS HEREBY ORDERED that the Motion for Plaintiffs to Have Access to View and File Motions Electronically (ECF No. 6) is GRANTED. Plaintiffs must comply with the following procedures in order to activate their respective individual CM/ECF account:

　　a.　On or before December 18, 2020, each Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website at www.nvd.uscourts.gov.

　　b.　Plaintiffs are not authorized to file electronically until the certification is filed with the Court within the time frame specified.

1

c. Upon timely filing of the certification, Plaintiffs shall contact the CM/ECF Help Desk at (702) 464-5555 to set up their individual CM/ECF account.

DATED this 18th day of November, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE