UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL TROY MOORE, MICHAEL ALFORD MOORE, and LONDON TROY MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, GOVERNOR STEVE SISOLAK, NEVADA DEPARTMENT OF EMPLOYMENT, TRAINING AND REHABILITATION,<br><br>Defendants. | Case No. 2:20-cv-01922-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for 90 Day Extension Due to Plaintiff[s]' ... Becoming Homeless (ECF No. 9). Plaintiffs' Motion seeks an extension to comply with ECF Nos. 5 and 8. ECF No. 5 is an Order granting Plaintiffs' respective *in forma pauperis* applications and recommending dismissal of their claims with prejudice. There is no action required by Plaintiffs at this time arising from the Order or Report and Recommendation. ECF No. 8 is an Order granting Plaintiffs' Motion to View and File Electronically. That Order required Plaintiffs to provide certification that each completed the CM/ECF tutorial, and each is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu, accessible on the Court's website at www.nvd.uscourts.gov. This certification was due on December 18, 2020.

Based on the substance of Plaintiffs' Motion, IT IS HEREBY ORDERED that the Motion for 90 Day Extension Due to Plaintiff[s]' ... Becoming Homeless (ECF No. 9) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiffs' Motion is DENIED regarding an extension of time to comply with ECF No. 5 as there is no action required by Plaintiffs at this time.

1    IT IS FURTHER ORDERED that Plaintiffs' Motion is GRANTED regarding an extension
2 of time to comply with ECF No. 8, requiring Plaintiffs to certify they have completed the CM/ECF
3 tutorial and that each is familiar with the Electronic Filing Procedures, Best Practices, and the Civil
4 & Criminal Events Menu.  Plaintiffs' certification shall be due on or before March 22, 2021.

6    DATED this 21st day of December, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE